IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RONALD KEEFE,

    Plaintiff,

v.

SHARON KEEFE, et al.,

    Defendants.

Civil Action
No. 18-14512 (AET-TJB)

**MEMORANDUM OPINION**

**THOMPSON, U.S. District Judge**

    Plaintiff Ronald Keefe seeks to bring this civil action *in forma pauperis* ("IFP"). IFP Application, Docket Entry 1-2.

    Plaintiff did not sign the IFP application. Plaintiff must submit a completed, *signed* IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed. This matter shall be administratively terminated pending submission of the filing and administrative fees or a signed IFP application.

    An appropriate order follows.

10/17/18
Date

ANNE E. THOMPSON
U.S. District Judge